Prob12A  
D/NV Form  
Rev. July 2013

# United States District Court

## for

## the District of Nevada

**REPORT ON OFFENDER**  
**UNDER SUPERVISION/REQUEST TO TRANSFER JURISDICTION**  
**July 28, 2014**

**Name of Offender:**   JUAN MARTINEZ-ANGEL

Case Number:   3:07-cr-008-HDM-VPC

Name of Sentencing Judicial Officer:   Honorable Brian E. Sandoval

Date of Original Sentence:   November 1, 2007

Original Offense:   Unlawful Reentry by a Deported, Removed and/or Excluded Alien

Original Sentence:   63 months imprisonment with 3 years supervised release

Date Supervision Commenced:   August 24, 2012

## NONCOMPLIANCE SUMMARY

On July 21, 2014, the offender was located in the United States (Southern District of California), without permission from the United States government.  New charges have been filed against the offender in the Southern District of California, case number 3:14-mj-02505-RBB, 18 U.S.C. 1326, Attempted Entry After Deportation.  Therefore, in a effort to adjudicate the new charges and this case at the same time, the Southern District of California is willing to accept Transfer of Jurisdiction in this matter.  Attached, Your Honor will find the Probation Form-22's, for your reviewed and consideration.

Respectfully submitted,

_____  
TODD WHITE  
Supervising United States Probation Officer

## RE: JUAN MARTINEZ-ANGEL

Prob12A
D/NV Form
Rev. July 2013

---

*Please indicate your response below and return to the Probation Office:*

__X__   **Concur with the proposed course of action (Transfer of Jurisdiction to the Southern District of California).**

_____   Other (please include Judicial Officer instructions below):

_____
Signature of Judicial Officer

  September 11, 2014
_____
Date